RECEIVED
JAN - 6 2020
PRO SE OFFICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER TERRY

PLAINTIFF(S)

NO.
(TO BE FILED OUT BY CLERK)

-AGAINST-

42 U.S.C. § 1983
COMPLAINT (PRISONER)

THE CITY OF NEW YORK, ADW ELYN RIVERA SHEILD NO. 576, CAPTIN JOHN HERNANDEZ SHEILD NO. 1806, DR. DEBRA MAYERS, IRA GORNISH, TERESA CUADRA, HESTER MOULTON, BESSIE FLORES-CLEMETE, JUSTIN WILSON, LAURA HUNT, CAROLYN DICKIE, CORRECTIONAL HEALTH SERVICES

DEFENDANT(S)

DO YOU WANT A TRIAL JURY?
[X] YES [] NO

20 CV 0081

I. LEGAL BASIS FOR CLAIM:

State below the federal legal basis for claim, if known, this form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; Those claims are often brought under U.S.C. §1983 (against state, county, or municipal defendants or in a "BIVENS" action (against federal defendants).

[X] VIOLATION OF MY FEDERAL CONSTITUTIONAL RIGHTS

[] OTHER:

II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach extra pages if necessary.

| CHRISTOPHER | | TERRY |
|---|---|---|
| FIRST NAME | MIDDLE INITIAL | LAST NAME |

X BC 141-19-02613
Prisoner Id# ( if you have previosuly been in another agency's custody, please specify each agency and the ID number [such as your din or NYSID] under which you were held )

MANHATTAN DETENTION COMPLEX
CURRENT PLACE OF DETENTION

125 WHITE STREET
Institutional address

| NEW YORK | NEW YORK | 10013 |
|---|---|---|
| COUNTY, CITY | State | Zip Code |

III. PRISONER STATUS:
Indicate below whether you are a prisoner or other confined person:

[X] Pretrial detainee

[ ] Civilly Committed detainee

[ ] Immigration detainee

[ ] Convicted and Sentence prisoner

[ ] Other: ____________________

IV. DEFENDANT(S) INFORMATION:
To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on defendant(s). Make sure that the defendan listed below are identical to those listed in the caption. Attach additional pages as necessary.

DEFENDANT 1: The City Of New York
FIRST NAME LAST NAME SHEILD

City Of New York
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )

100 CHURCH STREET
CURRENT WORK ADDRESS

| NEW YORK | NEW YORK | 10007 |
|---|---|---|
| COUNTY, CITY | STATE | ZIP CODE |

DEFENDANT 2:

| ELYN | RIVERA | 576 |
|---|---|---|
| FIRST NAME | LAST NAME | SHEILD# |

ASSISTANT DEPUTY WARDEN
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )

66-26 MeTRopolitan ave
CURRENT WORK ADDRESS

| QUEENS | NY | 11379 |
|---|---|---|
| COUNTY, CITY | STATE | ZIP CODE |

DEFENDANT 3: JOHN HERNANDEZ 1806
FIRST NAME LAST NAME SHEILD#
SERCURITY CAPTIN
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WHITE STREET
CURRENT WORK ADDRESS
NEW YORK NY NY 10013
COUNTY, CITY STATE ZIP CODE

DEFENDANT 4: DEBRA MAYERS
FIRST NAME LAST NAME SHEILD #
FACILITY DOCTOR
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WHITE STREET
CURRENT WORK ADDRESS
0 NEW YORK NY 10013
COUNTY, CITY STATE ZIP CODE

DEFENDANT 5: IRA GORNISH
FIRST ANME LAST NAME SHEILD#
FACILITY DOCTOR
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WHITE STREET
CURRENT WORK ADDRESS
NEW YORK NY 10013
COUNTY, CITY STATE ZIP CODE

DEFENDNAT 6: TERESA CUADRA
FIRST NAME LAST NAME SHEILD#
DOCTOR FOR FACILITY
CURRENT WORK TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WHITE STREET
CURRENT WORK ADDRESS
NEW YORK NY 10013
COUNTY, CITRY STATE ZIP CODE

DEFENDANT 7: HESTER MOULTON
FIRST ANME LAST NAME SHEILD#
FACILITY DOCTOR
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WHITE STREET
CURRENT WORK ADDRESS
NEW YORK NEW YORK 10013
COUNTY, CITY STATE ZIP CODE

DEFENDANT 8 BESSIE ~~KKOKEX~~ FLORES-CLEMENTE
FIRST ANME LAST NAME SHEILD
FACILKTY DOCTOR
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WHITE STREET
WORK ADDRESS
NEW YORK NY 10013
COUNTY, CITY STATE ZIP CODE

DEFENDANT 9: JUSTIN WILSON
FIRST NAME LAST NAME SHEILD #
FACILITY DOCTOR
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WHITE STREET
CURRENT WORK ADDRESS
NEW YORK NY 10013
COUNTY, CITY STATE ZIP CODE

DEFENDANT 10: LAURA HUNT
FIRST NAME LAST NAME SHEILD#
FACILITY DOCTOR
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WHITE STREET
CURRENT WORK ADDRESS
NEW YORK NY 10013
COUNTY, CITY STATE ZIP CODE

DEFENDANT 11: CAROLYN DICKIE
FIRST NAME LAST NAME SHEILD #
FACILITY DOCTOR
CURRENT JOB TITLE ( OR OTHER IDENTIFING INFORMATION )
125 WHITE STREET
CURRENT WORK ADDRESS
NEW YORK NY 10013
COUNTY, CITY STATE ZIP CODE

DEFENDANT 12: CORRECTIONAL HEALTH SERVICES
FIRST NAME LAST NAME SHEILD #
MEDICAL DEPT AT JAIL
CURRENT JOB TITLE ( OR OTHER IDENTIFYING INFORMATION )
125 WORTH STREET
CURRENT WORK ADDRESS
NEW YORK NY 10013
COUNTY, CITY STATE ZIP CODE

V. STATEMENT OF CLAIM:

PLACES OF OCCURRENCE: MANHATTAN DETENTION COMPLEX

DATE(S) OF OCCURRENCE: APRIL 2019 - DEC 2019

FACTS:

State here briefly the facts that support your case. Describe what happen, how you were harmed, and how each defendant was personally involved in the alleged wrongful action. Attach additional pages as nescessary.

1. THE PLAINTIFF AS BEEN HOUSED AT MANHATTAN DETENTION COMPLEX SINCE ________,____,2019, IN HOUSING UNIT 9 NORTH DUE TO A COURT ORDER PLACING HIM IN THE LOCK DOWN UNIT.

2. SINCE ARRIVING TO THE HOUSING UNIT 9 NORTH UNTIL PRESENT TIME ANY TIME THAT THE PLAINTIFF REQUEST SICK IN THE MORNING WHATEVER DOCTOR IS WORKING TALKS TO THE PLAINTIFF'S DISCLOSING AN/ALL MEDICAL AND PERSON INFORMATION OF HIS/HER RIGHT ON THE UNIT THROUGH HIS CELL DOOR.

3. THE PLAINTIFF WILL BE INSIDE OF HIS CELL WHILE THE DOCTOR WILL BE ON THE OTHER SIDE OF THE CELL IN THE UNIT WHILE ONE (1) CO IS ACCOMPANYING THE DOCTOR AND A SEPERATE CO IS MANNING THE HOUSING UNIT DESK.

4. ALSO SPEAKING TO THE PLAINTIFF THROUGH THE SIDE OF HIS DOOR ALL THE OTHER INMATES HOUSED IN UNIT 9 NORTH CAN HEAR ALL OF THE CONVERSTATON WITH THE DOCTOR WHIHC CONSIST OF MEDICAL AND MENTAL INFORMATION.

5. THE PLAINTIFF HAS GRIEVED THE ISSUE BUT THIS COMPLAINT HASNT MADE A DIFFENT AND NEITHER DID IT CURE THE ACTIONS OF THE DEFENDNATS THAT HAD ALREADY TRANSPIRED BEFORE THE COMPALINT.

6. THE PLAINTIFF ON NUMEROUS OCCASSIONS ADDRESSED THE DOCYORS/ DEFENDNATS AT THE TIME THAT THE VIOLATIONS MENTION HEREIN WAS TAKING PLACE AND EACH OF THEM HAD A RESPONSE THAT MIRRORED THE NEXT, WHICH BASICALLY AMOUNTED TO THIS IS HOW THE MEDICAL STAFF DOES THE SICK CALL PROCESS IN THE HOUSING UNIT 9 NORTH AT MANHATTAN DETENTION COMPLEX.

7. AS DOCTORS THE MEDICAL STAFF SHOULD ALREADY BE WELL AWARE OF THE VIOLATION THAT THEIR ACTIONS BRING FORTH.

8. AS CORRECTIONAL OFFICERS / LAW ENFORCEMENT THE CO'S AROUND WHEN THESE VIOLATIONS ARE TAKING PLACE SHOULD KNOW THAT BEING PRESENT WHENEVER A PRISONERS MEDICAL INFORMATION IS BEING DISCUSSED IS A VIOLATION OF THAT PRISONERS CONSTITUTIONAL RIGHTS.

THE HOUSING AREA THROUGH HIS CELL DOOR IN THE PRESENCE OF THE CORRECTIONAL

9 ON EACH VISIT THE PLAINTIFF WAS PRESCIBED MEDICATION WITHOUT BEING EXAMINED AND CHECK AND/OR VITALS BEING TAKEN TO ENSURE THAT HIS HEALTH WAS CONSISTENT WITH HIS MEDICAL COMPLAINT.

10 **EXHIBIT - A HEREIN** IS A GRIEVANCE THAT THE PLAINTIFF FILED IN REGARDS TO THE MATTER AND THE RESPONSE WAS THAT THE MATTER WAS REPORTED TO THE MEDICAL SUPERVISOR.

11. EACH DOCTOR NAMED HEREIN IS LIABLE FOR VIOLATION OF THE PLAINTIFF EIGTH AMENDMENT RIGHT TO ADEQUATE MEDICAL TREATMENT, CREATING AND MAINTAING A CUSTOM POLICY AND VIOLATION OF THE PLAINTIIF RIGHT ENSURED TO HIM BY CONGREESS IN A PROTECTED RIGHT STATUE 1996 ACT PASSED CALLED HEALTH INSURRANCE PARTABILITY AND ACCOUNTABILITY.

12 THE CITY OF NEW YORK IS LIABLE BECAUSE AS A MUNICIPAL IT IS RESPOBSII FOR RROTECTING THE BLAINTIFF'S EIGHT AMENDMENT, FOURTH AMENDMENT, SIXTH AMEDMENT AS WELL AS FAILURE TO ENSURE THAT STAFF IS RROPERLY TRAINED, CREATING AND MAINTAINING A CUSTOM POLICY AND DEFIECIENT MANAGEMENT AND SUPERIOR RESPONDENT. THE CITY AND THE DEPT OF NYC DOCS HAS A COMPLAINCE DEPARTMENT IN PLACE WHO CONSTANT WATCHES THE CAMERAS THAT VIEW IN REAL TIME THE HOUSING UNIT WHERE THE PLAINTTIF IS HOUSED AND FROM VIEW OF THE GENTIC SYSTEM THE COMPLAINCE UNIT WATCHES WHEN THE OCOTORS MAKE THEIR ROUNDS EVERY MORNING. THIS UNIT CONSTANTLY CALLS THE UNIT AND REPORT SPONGS AND MOP BOCKETS BEING MIS-PLACED BUT NEVER MENTION THE VIOLATION OF THE PLAINTIFF RIGHTS MENTION HEREIN.

13 THE DEFENDANT DEP RIVERA IS LIABLE BECAUSE SHE IS THE DEPUTY OF SERCURITY AT THE MAHATTAN DETENTION COMPLEX AND THE DEPUTY OVER THE HOUSING UNIT WERE THE PLAINTIFF IS HOUSED. DEFENDNAT RIVERA IS RESPONSIBILE FOR DEFIECIENT MANAGEMENT AND SUPERIOR RESPONDENT, DUE TO FAILURE TO ENSURE

THAT THE STAFF UNDER HER COMMAND IS PROPERLY TRAIN AND THE OFFICER SON THE FLOOR IS UNDER HER COMMAND AND SO IS THE DEFENDANT HEREIN CAPTIN JOHN HERNANDEZ. RIVERA IS ALSO LIABLE WHENEVER AN INAMTE UNDER HER COMMAND EIGHT AMENDMENT RIGHTS ARE VIOLATED .

14. DEFENDANT CAPTIN HERNANDEZ WAS NOTIFIED OF THIS ISSUE BACK IN JULY 2019. AS THE SECURITY CAPTIN IN CHARGE OF THE CMC HOUSE THAT THE PLAINTIFF IS HOUSED IN. CAPTIN HERNANDEZ AS THE SECUIRTY CAPTIN BEARS THE RESPONSIBILITY TO ENSURE THAT THE STAFF UNDER HIS COMMAND WORKING HOUSING UNIT 9 NORTH IS PROPERLY TRAINED IN THE AREAS OF CARE CUSTODY AND CONTROL.

## VI. INJURIES

IF YOU WERE INJURED AS A RESULT OF THESE ACTIIONS, DESCRIBED YOUR INJURIES AND WHAT MEDICAL ATTENTION IF ANY, YOU REQUIRED AND RECEIVED.

1. BELOW IS A LIST OF THE PLAINTIFF'S RIGHTS THAT WERE VIOLATED BY THE DEFENDNATS NAMED HEREIN:

A. EIGHT AMENDMENT (RIGHT TO ADEQUATE MEDICAL TREATMENT)
B. CREATING AND MAINTAINING A CUSTOM POLICY
C. DEFIECIENT MANAGEMENT AND SUPERVOR RESPONDENT
D. FOURTHEENTH AMENDMENT
E. SITH AMENDMENT

THE PLAINTIFF DOESNT WANT TO USE THE SICK CALL IN THE FACILITY ANYMORE DUE TO THESE VIOLATIONS AND HE REFUSES TO UTILIZE THE MENTAL HEALTH SERVICE ALSO ALL OUT OF CONCERN THAT HIS PRIVATE INFORMATION WILL BE WRONGFULLY DISCLOSED TO OTHER INMATES AND CORRECTIONAL STAFF.

## VII. RELIEF SOUGHT

STATE BRIEFLY WHAT MONEY DAMAGES OR OTHER RELIEF YOU WOULD LIKE THE COURT TO ORDER.

15 THE PLAINTIFF REQUEST COMPENSATION IN THE AMOUNT OF 1,000,000, ONE MILLION DOLLARS.

## VIII. PLAINTIFF'S CERTIFICATION AND WARNINGS

BY SIGNING BELOW, I CERTIFY TO THE BEST OF MY KNOWLEDGE, INOFRMATION, AND BELIEF THAT: (1) THE COMPLAINT IS NOT BEING PRESENTED FOR AN IMPRPOER PURPOSE )SUCH AS TO HARASS, CAUSE UNNECESSARY DELAY, OR NEEDLESSLY INCREASE THE COST OF LITIGATION); (2) THE CLIAMS ARE SUPPORTED BY EXISTING LAW OR BY A NONFRIVOLOUS ARGUEMENT TO CHANGE EXISTING LAW: (3) THE FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT OR, IF SPECIFICALLY SO ODENTIFIED, WILL LIKELY HAVE EVIDENTIRAY SUPPORT AFTER A REASONABLE OPPORTUNITY FOR FURTHER INVESTIGAT OR DISCOVERY AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMENTS OF FEDERAL RULE OF CIVIL PROCEDURE11.

I UNDERSTAND THAT IF I FILE THREE OR MORE CASES WHILE I AM A PRISONER THAT ARE DISMISSED AS FRIVOLOUSM, MALICE, OR FAILURE TO STATE A CLIAM, I MAY BE DENIED IN FORMA PAUPERIS STATUS IN FUTURE CASES.

I ALSO UNDERSTAND THAT PRISONERS MUST EXHUATS ADMINISTRATIVE PROCEDURES BEFORE FILING AN ACTION IN FEDERAL COURT ABOUT PRISON CONDITIONS, 42 U.S.C § 1997E(A), AND THAT MY CASE MAY BE DISMISSED IF I HAVE NOT EXHAUSTED ADMINISTRATIVE REMEDIES AS REQUIRED.

I AGREE TO PROVIDE THE CLERK OF THE COURT WITH ANY CHANGES TO MY ADDRESS. I UNDERSTAND THAT MY FAILURE TO KEEP A CURRENT ADDRESS ON FILE WITH THE CLEK'S OFFICE MAY RESULT IN THE DISMISSAL OF MY CASE.

EACH PLAINTIFF MUST SIGN AND DATE THE COMPLAINT. ATTACH ADDITIONAL PAGES IF NECCESSARY.

DATED: JAN 1 2020

Christopher Terry
SIGNATURE OF PLAINTIFF

CHRISTOPHER
FIRST NAME

MIDDLE INITIALS

TERRY
LAST NAME

125 WHITE STREET
PRISON ADDRESS

NEW YORK
COUNTY, CITY

NY
STATE

10013
ZIP CODE

EXHIBIT -A

Chris Terry BC 141-19-02613
Manhattan Detention Center
125 White Street
New York, NY, 10013

Pro Se
SM

Clerk of Court
United States District Court
Southern District of New York
US Courthouse - 500 Pearl Street
New York, NY

RECEIVED
JAN - 6 2020
PRO SE OFFICE

FOREVER / USA

2020 JAN -2 PM 3:03