UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER TERRY,

              Plaintiff,

– against –

THE CITY OF NEW YORK et al.,

              Defendants.

**ORDER**

20 Civ. 81 (ER)

Ramos, D.J.:

      On January 2, 2020, Christopher Terry filed a complaint against the City of New York, et al. ("Defendants") for violation of his constitutional rights while he was incarcerated at the Manhattan Detention Complex. Doc. 2. On July 15, 2020, the Court held a pre-motion conference regarding Defendants' proposed motion to dismiss. Doc. 22. Terry failed to appear. *Id.* The Court entered a scheduling order for the motion to dismiss and directed counsel for Defendants to serve the scheduling order on Terry and provide the Court with his last known address. Doc. 22. On July 21, 2020, Defendants' counsel submitted Terry's last known address to the Court. Doc. 23. On August 5, 2020, Defendants moved to dismiss the complaint. Doc. 25. Terry has not responded to Defendants' motion or contacted the Court.

      The parties are therefore ORDERED to appear before the Court telephonically on **October 6, 2020 at 11:30 a.m.** for Terry to show cause why the Court should not dismiss his case. The conference call access information is: (877) 411-9748, Access Code 3029857#. **Failure to appear may result in the Court imposing sanctions for ignoring court orders, including the motion to dismiss being deemed fully briefed or Terry's case being dismissed**

**pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**  Chambers will mail a copy of this Order to Christopher Terry, 99 East 96th Street, Brooklyn, New York 11212.

It is SO ORDERED.

Dated:   September 16, 2020
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.